JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIPE LOVATO MARTINEZ, | ) | Case No. CV 14-04731-DTB |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: July 29, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1