1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
   　1420 E. Cooley Dr., Suite 100
3  　Colton, California 92324
4  　Telephone: (909) 796-4560
   　Facsimile:  (909) 796-3402
5  　E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 FELIPE LOVATO MARITNEZ        )   No.  CV 14 - 4731 DTB
11                               )
                                 )
12     Plaintiff,                )   [PROPOSED] ORDER AWARDING
                                 )   EAJA FEES
13     v.                        )
14                               )
   CAROLYN W. COLVIN, Acting     )
15 Commissioner Of Social Security, )
16                               )
       Defendant.                )
17 _____)

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($1,500.00) subject to the
21 terms of the stipulation.
22
23     DATE:  October 1, 2015   _____
24                              HON. DAVID T. BRISTOW
25                              UNITED STATES MAGISTRATE JUDGE

-1-